# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HONER ARREOLA-MADRIZ,<br><br>　　　　　Defendant. | Case No. 25-CR-0644-CAB<br><br>**ORDER AND JUDGMENT OF DISMISSAL OF CASE** |

Based upon the motion of the United States,

IT IS HEREBY ORDERED the Court GRANTS the government's motion to dismiss the case. The Indictment in the above-entitled case against defendant Honer Arreola-Madriz is dismissed without prejudice.

IT IS FURTHER ORDERED the bond filed in the case securing the defendant's appearance is hereby exonerated.

IT IS SO ORDERED.

DATED: 3/26/2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　United States District Judge